UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL GESCHKE, ) | CASE NO. C08-0323-MAT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER DENYING PLAINTIFF'S |
| ) | MOTION FOR RECONSIDERATION |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, and SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The Court recently issued an Order Granting Defendants' Motion for a Protective Order Limiting Review to the Administrative Record. (Dkt. 25.) Plaintiff now seeks reconsideration of that Order. (Dkt. 27.) For the reasons described below, the Court finds no basis for granting plaintiff's request.

Pursuant to Local Civil Rule (7)(h)(1): "Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Plaintiff fails to identify any manifest error in the

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION
 PAGE -1

01 Court's ruling. Nor does any of the "new evidence" identified by plaintiff (*see* Dkt. 27) provide

02 a basis for reconsidering that ruling. Instead, if anything, plaintiff raises issues properly addressed

03 in the final resolution of this matter.

04 In sum, the Court finds no basis for reconsidering its Order granting defendants' request

05 for a protective order. Accordingly, plaintiff's motion for reconsideration (Dkt. 27) is DENIED.

06 DATED this 28th day of May, 2008.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION
PAGE -2