# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL GESCHKE, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | CASE NUMBER:  <u>C08-0323-MAT</u> |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, and SOCIAL SECURITY ADMINISTRATION, | |
| Defendants. | |

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u> X </u>    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

By Order of the Court, the decision of the Commissioner is AFFIRMED. Plaintiff's motion to strike portions of defendants' answer and for partial judgment on the pleadings, and plaintiff's motion to require certification of a supplemental administrative record, are DENIED.

Dated this <u>19th</u> day of September, 2008.

 

BRUCE RIFKIN
Clerk

s/ C. Ledesma

Deputy Clerk